KSC/08.14.21

FILED _____ ENTERED
LOGGED _____ RECEIVED

AUG 2 6 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. RDB-21-cr-333 |
| v. | (Conspiracy To Distribute Narcotics, 21 U.S.C. § 846) |
| REGINALD LEON BOLDEN, | |
| Defendant | |

....o0o....

## CRIMINAL INFORMATION

### COUNT ONE

The Acting United States Attorney for the District of Maryland charges that:

From in or about February 2020, through in or about April 2020, in the District of Maryland and elsewhere,

**REGINALD LEON BOLDEN,**

the defendant herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with others known and unknown to knowingly and intentionally distribute and possess with intent to distribute 28 grams or more of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846

8/26/21
Date

*Jonathan F. Lenzner/cjr*
Jonathan F. Lenzner
Acting United States Attorney